**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DLVAM1302 North Shore, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  DLVAMI 302 North Shore, LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0952530** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**302 North Shore Drive**
**Anna Maria, FL 34216**
Number, Street, City, State & ZIP Code

**Manatee**
County

**Mailing address, if different from principal place of business**

**PO Box 1111**
**Anna Maria, FL 34216-6000**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **DLVAM1302 North Shore, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Middle District of Florida, Tampa Division** | When | **9/22/20** | Case number | **8:20-bk-07105-CPM** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **DLVAM1302 North Shore, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **DLVAM1302 North Shore, LLC**                                    Case number (*if known*)
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **DLVAM1302 North Shore, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| ■ | **Request for Relief, Declaration, and Signatures** |
|---|---|

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 20, 2021**
MM / DD / YYYY

X **/s/ Floyd Calhoun**                                  **Floyd Calhoun**
Signature of authorized representative of debtor         Printed name

Title   **Manager**

---

**18. Signature of attorney**

X **/s/ Buddy D. Ford, Esquire**                Date **October 20, 2021**
Signature of attorney for debtor                     MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Buddy D. Ford, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone   **(813)877-4669**        Email address   **All@tampaesq.com**

**0654711 FL**
Bar number and State

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*
www.flmb.uscourts.gov

In the Matter of:      }

           } Chapter 11

DVLAM1302 North Shore, LLC,  }

           } Case No: 8:21-bk-

    Debtor,      }

_____/ }

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

  I, Floyd Calhoun, declare, under penalty of perjury, that I am the Manager of DVLAM1302 North Shore, LLC(the "Company"), and that the following is a true and correct copy of the resolutions adopted by the Member(s) of said Company at a special meeting duly called and held on the 20th day of October, 2021.

  **"Whereas,** it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

  **Be It Therefore Resolved,** that Floyd Calhoun, manager of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

  **Be It Further Resolved,** that Floyd Calhoun, manager of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

  **Be It Further Resolved,** that Floyd Calhoun, manager of this Company of this corporation is authorized and directed to employ Buddy D. Ford, Esquire, Florida Bar #0654711, attorney and the law firm of *Buddy D. Ford, P.A., 9301 West Hillsborough Avenue, Tampa, Florida 33615-3008,* to represent the corporation in such bankruptcy case."

        DVLAM1302 North Shore, LLC

Date 10/20/21   Signed _____

        Floyd Calhoun, Manager

**Fill in this information to identify the case:**

Debtor name    **DLVAM1302 North Shore, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 20, 2021**          X **/s/ Floyd Calhoun**
                                            Signature of individual signing on behalf of debtor

                                            **Floyd Calhoun**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | DLVAM1302 North Shore, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Denise Valley PO Box 1111 Anna Maria, FL 34216 | | Various loans to the Debtor or payments on behalf of the Debtor beginning in 2018 | | | | $86,500.00 |
| Renee Zona, Inc. PO Box 10842 Bradenton, FL 34282 | | 2020 F350 (leased from Renee Zona) | | $149,850.00 | $102,181.00 | $47,669.00 |
| Floyd Calhoun PO Box 1111 Anna Maria, FL 34216 | | Funds lent to Debtor | | | | $29,500.00 |
| Shawn Kaleta 5702 Marina Drive Suite 108 Holmes Beach, FL 34217 | | Fees for wiring funds into registry of court | | | | $19,000.00 |
| Renee Zona PO Box 10842 Bradenton, FL 34282 | | Funds lent to Debtor to pay retainer | | | | $15,300.00 |
| McIntyre Thanasides 500 E. Kennedy Blvd., #200 Tampa, FL 33602 | | Legal fees | | | | $10,000.00 |
| Najmy Thompson, P.A. 1401 8th Avenue West Bradenton, FL 34205 | | Title work for potential refinance | | | | $5,000.00 |
| Ardman and Associates PO Box 911668 Denver, CO 80291-1668 | | Soil boring | | | | $1,600.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | DLVAM1302 North Shore, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Power & Light General Mail Facility Miami, FL 33188 | | Utilities | | | | $950.00 |
| Mast Drafting and Design 3407 Magic Oak Lane Sarasota, FL 34232 | | Drafting for permitting | | | | $900.00 |
| Blalock Walters, P.A. 802 11th St. W. Bradenton, FL 34205 | | Legal fees for permitting | | | | $851.00 |
| Leland Bedwell Survey 3423 55th Dr. E. Bradenton, FL 34203 | | Surveying for permitting | | | | $500.00 |
| Manatee County Utilities PO Box 25010 Bradenton, FL 34206 | | Utilities | | | | $450.17 |
| Stichter Riedel Blain & Postler, P.A. 110 E. Madison Street Ste. 200 Tampa, FL 33602 | | Legal Fees | Disputed | | | $0.00 |
| United States Trustee Timberlake Annex, Ste. 1200 501 E. Polk Street Tampa, FL 33602 | | Unpaid quarterly fees from prior bankruptcy | | | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **DLVAM1302 North Shore, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **1,866,400.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $    **122,281.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $    **1,988,681.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **1,414,728.02**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **170,551.17**

4.   **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b        $    **1,585,279.19**

**Fill in this information to identify the case:**

Debtor name    **DLVAM1302 North Shore, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Regions Bank Account (D.I.P. account from prior bankruptcy)** | | $100.00 |
| 4. | **Other cash equivalents** *(Identify all)* | | |
| 5. | **Total of Part 1.** | | $100.00 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
| --- | --- | --- |
| | Description, including name of holder of deposit | |
| 7.1. | **Manatee County Utilities -- possible security deposit (Debtor is not sure)** | Unknown |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 9. | **Total of Part 2.** | $0.00 |
| | Add lines 7 through 8. Copy the total to line 81. | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **DLVAM1302 North Shore, LLC**                                    Case number *(If known)* _____
         _____
         Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture, filing cabinets, workout equipment, lawn equipment, 2 kayaks, 2 paddle boards, grill, beach toys, televisions, and appliances** | $0.00 | Liquidation | $20,000.00 |

| 40. | **Office fixtures** |
|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $20,000.00 |
|---|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **DLVAM1302 North Shore, LLC**                                          Case number *(If known)* _____
          Name

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2020 F350 (leased from Renee Zona)** | Unknown | | $102,181.00 |

**48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.  Total of Part 8.**                                                                                        $102,181.00
    Add lines 47 through 50.  Copy the total to line 87.

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **302 North Shore<br>Drive, Ana Maria,<br>Florida** | | $0.00 | Zillow.com | $1,866,400.00 |

**56.  Total of Part 9.**                                                                                        $1,866,400.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    __DLVAM1302 North Shore, LLC_____    Case number *(If known)* _____
             Name

Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<span style="background:black;color:white">Part 10:</span>    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 11:</span>    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **DLVAM1302 North Shore, LLC**                                    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $102,181.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $1,866,400.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $122,281.00 | + 91b. $1,866,400.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,988,681.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>DLVAM1302 North Shore, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **HMC Assets LLC as Separate**<br>Creditor's Name<br>**Trustee of for Cam XI Trust c/o Fay Servicing, LLC PO Box 814609 Dallas, TX 75381-4609**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 1102** | **Describe debtor's property that is subject to a lien**<br>**302 North Shore Drive, Ana Maria, Florida**<br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,231,451.62 | $1,866,400.00 |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. HMC Assets LLC as Separate**<br>**2. Manatee County Tax Collector**<br>**3. Manatee County Tax Collector** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2** **Manatee County Tax Collector**<br>Creditor's Name<br>**1001 3rd Ave W. Ste. 240 Bradenton, FL 34205**<br>Creditor's mailing address<br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**302 North Shore Drive, Ana Maria, Florida**<br><br>**Describe the lien**<br>**Tourist Taxes for 2016-2017**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | $1,426.40 | $1,866,400.00 |

Debtor **DLVAM1302 North Shore, LLC**                                  Case number (if known) _____
_____
Name

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**2530** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.3 | **Manatee County Tax Collector** | **Describe debtor's property that is subject to a lien** | $32,000.00 | $1,866,400.00 |
|---|---|---|---|---|
| | Creditor's Name | **302 North Shore Drive, Ana Maria, Florida** | | |

**1001 3rd Ave W.
Ste. 240
Bradenton, FL 34205**
Creditor's mailing address

**Describe the lien**
**Ad valorem taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2020 and 2021 taxes**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Renee Zona, Inc.** | **Describe debtor's property that is subject to a lien** | $149,850.00 | $102,181.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 F350 (leased from Renee Zona)** | | |

**PO Box 10842
Bradenton, FL 34282**
Creditor's mailing address

**Describe the lien**
**Owns vehicle**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,414,728.02** |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

| Debtor | **DLVAM1302 North Shore, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **HMC Assets, LLC**<br>**c/o eXL Legal, PLLC**<br>**12425 28th Street North**<br>**Ste. 200**<br>**Saint Petersburg, FL 33716** | Line  **2.1** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DLVAM1302 North Shore, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|
| | **Ardman and Associates** **PO Box 911668** **Denver, CO 80291-1668** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Soil boring** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.00** |
|---|---|---|---|
| | **Blalock Walters, P.A.** **802 11th St. W.** **Bradenton, FL 34205** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Legal fees for permitting** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,500.00** |
|---|---|---|---|
| | **Denise Valley** **PO Box 1111** **Anna Maria, FL 34216** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Various loans to the Debtor or payments on behalf of the Debtor beginning in 2018** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|
| | **Florida Power & Light** **General Mail Facility** **Miami, FL 33188** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **DLVAM1302 North Shore, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,500.00** |
|---|---|---|---|
| | **Floyd Calhoun** | ☐ Contingent | |
| | **PO Box 1111** | ☐ Unliquidated | |
| | **Anna Maria, FL 34216** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Funds lent to Debtor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Leland Bedwell Survey** | ☐ Contingent | |
| | **3423 55th Dr. E.** | ☐ Unliquidated | |
| | **Bradenton, FL 34203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Surveying for permitting | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.17** |
|---|---|---|---|
| | **Manatee County Utilities** | ☐ Contingent | |
| | **PO Box 25010** | ☐ Unliquidated | |
| | **Bradenton, FL 34206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Utilities | |
| | Last 4 digits of account number  0481 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|
| | **Mast Drafting and Design** | ☐ Contingent | |
| | **3407 Magic Oak Lane** | ☐ Unliquidated | |
| | **Sarasota, FL 34232** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Drafting for permitting | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | **McIntyre Thanasides** | ☐ Contingent | |
| | **500 E. Kennedy Blvd., #200** | ☐ Unliquidated | |
| | **Tampa, FL 33602** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Legal fees | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Najmy Thompson, P.A.** | ☐ Contingent | |
| | **1401 8th Avenue West** | ☐ Unliquidated | |
| | **Bradenton, FL 34205** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Title work for potential refinance | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,300.00** |
|---|---|---|---|
| | **Renee Zona** | ☐ Contingent | |
| | **PO Box 10842** | ☐ Unliquidated | |
| | **Bradenton, FL 34282** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Funds lent to Debtor to pay retainer | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | DLVAM1302 North Shore, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
|---|---|---|---|
| | **Shawn Kaleta**<br>**5702 Marina Drive**<br>**Suite 108**<br>**Holmes Beach, FL 34217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Fees for wiring funds into registry of court** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Stichter Riedel Blain &**<br>**Postler, P.A.**<br>**110 E. Madison Street**<br>**Ste. 200**<br>**Tampa, FL 33602** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Legal Fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **United States Trustee**<br>**Timberlake Annex, Ste. 1200**<br>**501 E. Polk Street**<br>**Tampa, FL 33602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid quarterly fees from prior bankruptcy** | |
| | Last 4 digits of account number **5CPM** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Sarah Warren**<br>**Assistant County Attorney**<br>**Manatee County Government**<br>**1112 Manatee Ave. W. Ste.969**<br>**Bradenton, FL 34205** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 170,551.17 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 170,551.17 |

**Fill in this information to identify the case:**

Debtor name    **DLVAM1302 North Shore, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.     State what the contract or lease is for and the nature of the debtor's interest     **Lease of 2020 F350 to Debtor** | |
|       State the term remaining     **83 months** | **Renee Zona, Inc.**<br>**PO Box 10842**<br>**Bradenton, FL 34282** |
|       List the contract number of any government contract     _____ | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **DLVAM1302 North Shore, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Denise Valley** | **PO Box 1111**<br>**Anna Maria, FL 34216** | **HMC Assets LLC as Separate** | ■ D    2.1 ____<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Middle District of Florida

In re    **DLVAM1302 North Shore, LLC**           Case No. _____
                        Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Denise Valley**<br>**PO Box 1111**<br>**Anna Maria, FL 34216** | | **100%** | **Membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 20, 2021**           Signature   **/s/ Floyd Calhoun**
                                                **Floyd Calhoun**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **DLVAM1302 North Shore, LLC** _____    Case No. _____
                                                 Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 20, 2021** _____      **/s/ Floyd Calhoun** _____

                                                    **Floyd Calhoun**/**Manager**
                                                    Signer/Title

DLVAM1302 North Shore, LLC
PO Box 1111
Anna Maria, FL 34216-6000

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

Ardman and Associates
PO Box 911668
Denver, CO 80291-1668

Blalock Walters, P.A.
802 11th St. W.
Bradenton, FL 34205

Denise Valley
PO Box 1111
Anna Maria, FL 34216

Florida Power & Light
General Mail Facility
Miami, FL 33188

Floyd Calhoun
PO Box 1111
Anna Maria, FL 34216

HMC Assets LLC as Separate
Trustee of for Cam XI Trust
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

HMC Assets, LLC
c/o eXL Legal, PLLC
12425 28th Street North
Ste. 200
Saint Petersburg, FL 33716

Leland Bedwell Survey
3423 55th Dr. E.
Bradenton, FL 34203

Manatee County Tax Collector
1001 3rd Ave W.
Ste. 240
Bradenton, FL 34205

Manatee County Utilities
PO Box 25010
Bradenton, FL 34206

Mast Drafting and Design
3407 Magic Oak Lane
Sarasota, FL 34232

McIntyre Thanasides
500 E. Kennedy Blvd., #200
Tampa, FL 33602

Najmy Thompson, P.A.
1401 8th Avenue West
Bradenton, FL 34205

Renee Zona
PO Box 10842
Bradenton, FL 34282

Renee Zona, Inc.
PO Box 10842
Bradenton, FL 34282

Sarah Warren
Assistant County Attorney
Manatee County Government
1112 Manatee Ave. W. Ste.969
Bradenton, FL 34205

Shawn Kaleta
5702 Marina Drive
Suite 108
Holmes Beach, FL 34217

Stichter Riedel Blain &
Postler, P.A.
110 E. Madison Street
Ste. 200
Tampa, FL 33602

United States Trustee
Timberlake Annex, Ste. 1200
501 E. Polk Street
Tampa, FL 33602

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **DLVAM1302 North Shore, LLC**

Case No. _____

Debtor(s)

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 15,000.00 |
    | Prior to the filing of this statement I have received | $ | 15,000.00 |
    | Balance Due | $ | 0.00 |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor   ■ Other (specify): **Renee Zona**

4.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 20, 2021**

*Date*

**/s/ Buddy D. Ford, Esquire**
**Buddy D. Ford, Esquire 0654711**
*Signature of Attorney*
**Buddy D. Ford, P.A.**
**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
**(813)877-4669  Fax: (813)877-5543**
**All@tampaesq.com**
*Name of law firm*

# United States Bankruptcy Court
## Middle District of Florida

In re    <u>DLVAM1302 North Shore, LLC</u>                                          Case No. _____

                                      Debtor(s)                    Chapter     <u>**11**</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>DLVAM1302 North Shore, LLC</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>**October 20, 2021**</u>                                 **/s/ Buddy D. Ford, Esquire**

Date                                             **Buddy D. Ford, Esquire 0654711**

                                            Signature of Attorney or Litigant

                                            Counsel for    **DLVAM1302 North Shore, LLC**

                                            **Buddy D. Ford, P.A.**

                                            **9301 West Hillsborough Avenue**

                                            **Tampa, FL 33615-3008**

                                            **(813)877-4669 Fax:(813)877-5543**

                                            **All@tampaesq.com**